**DISMISS and Opinion Filed February 28, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01112-CV

**SWEETA WALIA AND JEWEL DENTAL GROUP, P.L.L.C., Appellants**
**V.**
**DANA GLOBAL INVESTMENTS, INC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-05754**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Schenck

Before the Court is appellants' agreed motion to dismiss the appeal with prejudice because the parties have settled their differences. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

211112F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SWEETA WALIA AND JEWEL
DENTAL GROUP, P.L.L.C.,
Appellants

No. 05-21-01112-CV          V.

DANA GLOBAL INVESTMENTS,
INC., Appellee

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-05754.
Opinion delivered by Justice
Schenck. Justices Osborne and
Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED WITH PREJUDICE**.

Subject to any agreement between the parties, it is **ORDERED** that appellee
DANA GLOBAL INVESTMENTS, INC. recover its costs of this appeal from
appellants SWEETA WALIA AND JEWEL DENTAL GROUP, P.L.L.C.

Judgment entered February 28, 2022